UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          BANKRUPTCY NO. 19-20040-CMB

ADRIAN A. EVES,                                 CHAPTER 13

        Debtor.

COBBLESTONE MANOR MASTER
ASSOCIATION,

        Movant,

v.

ADRIAN A. EVES,

        Respondent.

**<u>NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION
OF COBBLESTONE MANOR MASTER ASSOCIATION FOR RELIEF FROM STAY</u>**

To the Respondent:

***You are hereby notified that the Movant seeks an order affecting your rights or
property.***

      You are further instructed to file with the Clerk and serve upon the undersigned attorney
for Movant a response to the Motion by no later than August 20, 2021 [seventeen (17) days after
the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the
Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures
webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a
written response, an order granting the relief requested in the Motion may be entered and the
hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a
default order was signed or if the hearing will go forward as scheduled.

      ***You should take this Notice and the Motion to a lawyer at once.***

      A Zoom Video Conference Hearing will be held on September 14, 2021, at 1:30 p.m.
before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To
participate in and join a Zoom Hearing please initiate and use the following link at least 15
minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191,
or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding
the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may
only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can

be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: August 3, 2021

Respectfully Submitted,

Brandt, Milnes & Rea, P.C.

___/s/ Lisa M. Burkhart, Esquire__
Lisa M. Burkhart, Esquire
Counsel for Movant,
Cobblestone Manor Master Association

Pa. I.D. No. 200272

1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219
(412) 255-6500