# OCCUPANT LEDGER

| | | |
|---|---|---|
| Unit Reference Number : | 2750-5141 | |
| Property Name : | Cobblestone Manor Master Assoc | |
| Name | Eves, Adrian A. | |
| Name | | |
| Address : | 141 Kensington Drive | |
| City, State, Zip | Pittsburgh, PA 15237 | |
| Email Address : | adrianvw@hotmail.com | |

| | | |
|---|---|---|
| Occupant Name/Type : | Eves, Adrian A. / CURRENT | |
| Tenant Id : | 13090027929 | Bldg:　　　　Floor: 0 |
| Work Number : | | Home Number : (412) 398-7777 |
| Work Number | | Home Number : |
| Cell Number : | | Fax Number : |
| | | Unit Number : 5141 |

**Forwarding Address**

Name
Address1 :
Address2 :
City, State, Zip

Correspondence Email
Billing Email

| | | |
|---|---|---|
| Open Items | | 953.86 |
| Open Credits : | | 0.00 |
| Current Balance : | | 953.86 |
| Security Deposit : | | 0.00 |
| Key Deposit | | 0.00 |
| Pet Deposit | | 0.00 |
| Parking Deposit | | 0.00 |
| Other Deposit | | 0.00 |
| Unit Square Feet : | | 0 |

Children
Pets
Automobiles :

Number of Occupants　　　0

**BILL TO**

Adrian A. Eves
141 Kensington Drive
Pittsburgh, PA 15237

Lease Expiration Date
Move In Date
Lease Effective Date
Previous Escalation Date

| | | |
|---|---|---|
| ACH, CPN ,CAB ,OL,CC | : | OL |
| Storage Locker No. | : | |
| DD Start Date | : | |
| Rental Mgmt Co. | : | |
| Coupon Start Date | : | |
| Account Status | | Reject Payment |

| | | |
|---|---|---|
| Garage No. | : | |
| Protection Start | : | |
| Tenant Name | : | |
| Tenant Name | : | |
| Tenant Phone Number | : | |
| Number of NSF Checks | | 1 |
| Date of Last NSF Check | | 7/12/2017 |
| Amount of Last NSF Check | | 35.00 |

Renew Effective Date
Renew Expiration Date
Month To Month　　　　n

Notice Given Date
Intended Move-Out Date
Keys Returned Date

8/3/2021 Case 19-20040-CMB   Doc 65   Filed 08/05/21   Entered 08/05/21 11:32:38   Desc Main
User:   COURTNEY              Document      Page 2 of 5

10:27:14AM
Page 2 of 5

Allied Commercial Realty, Inc.

## OCCUPANT LEDGER

Unit Reference Number : 2750-5141

Occupant Name/Type : Eves, Adrian A. / CURRENT

### CHARGE SCHEDULE

| Charge Code | Charge Description | Charge Frequency | Start Date | Stop Date | Charge Amount |
|---|---|---|---|---|---|
| MNT | Maintenance Fee | M | 7/1/2015 | 12/1/2015 | 45.00 |
| MNT | Maintenance Fee | M | 1/1/2016 | 12/1/2016 | 35.00 |
| MNT | Maintenance Fee | M | 1/1/2017 | 12/1/2017 | 35.00 |
| MNT | Maintenance Fee | M | 1/1/2018 | 12/1/2018 | 35.00 |
| MNT | Maintenance Fee | M | 1/1/2019 | 12/1/2019 | 35.00 |
| MNT | Maintenance Fee | M | 1/1/2020 | 12/1/2020 | 35.00 |
| MNT | Maintenance Fee | M | 1/1/2021 | 12/1/2021 | 35.00 |

Ascot Commercial Realty, Inc.

**OCCUPANT LEDGER**

Unit Reference Number : 2750-5141        Occupant Name/Type : Eves, Adrian A. / CURRENT

**Chronological History**

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 07/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 07/06/2015 | MNT | Pymt. Batch 968 Check ACH-AE | | -45.00 | 0.00 |
| 08/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 08/06/2015 | MNT | Pymt. Batch 858 Check ACH-AE | | -45.00 | 0.00 |
| 09/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 09/06/2015 | MNT | Pymt. Batch 571 Check ACH-AE | | -45.00 | 0.00 |
| 10/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 10/06/2015 | MNT | Pymt. Batch 356 Check ACH-AE | | -45.00 | 0.00 |
| 11/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 11/06/2015 | MNT | Pymt. Batch 110 Check ACH-AE | | -45.00 | 0.00 |
| 12/01/2015 | MNT | Maintenance Fee | | 45.00 | 45.00 |
| 12/06/2015 | MNT | Pymt. Batch 802 Check ACH-AE | | -45.00 | 0.00 |
| 01/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 01/06/2016 | MNT | Pymt. Batch 442 Check ACH-AE | | -35.00 | 0.00 |
| 02/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 02/06/2016 | MNT | Pymt. Batch 274 Check ACH-AE | | -35.00 | 0.00 |
| 03/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 03/06/2016 | MNT | Pymt. Batch 964 Check ACH-AE | | -35.00 | 0.00 |
| 04/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 04/06/2016 | MNT | Pymt. Batch 768 Check ACH-AE | | -35.00 | 0.00 |
| 05/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 05/06/2016 | MNT | Pymt. Batch 526 Check ACH-AE | | -35.00 | 0.00 |
| 06/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 06/06/2016 | MNT | Pymt. Batch 273 Check ACH-AE | | -35.00 | 0.00 |
| 07/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 07/06/2016 | MNT | Pymt. Batch 963 Check ACH-AE | | -35.00 | 0.00 |
| 08/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 08/06/2016 | MNT | Pymt. Batch 871 Check ACH-AE | | -35.00 | 0.00 |
| 09/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 09/06/2016 | MNT | Pymt. Batch 490 Check ACH-AE | | -35.00 | 0.00 |
| 10/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 10/06/2016 | MNT | Pymt. Batch 243 Check ACH-AE | | -35.00 | 0.00 |
| 11/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 11/06/2016 | MNT | Pymt. Batch 989 Check ACH-AE | | -35.00 | 0.00 |
| 12/01/2016 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 12/06/2016 | MNT | Pymt. Batch 764 Check ACH-AE | | -35.00 | 0.00 |
| 01/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 01/06/2017 | MNT | Pymt. Batch 625 Check ACH-AE | | -35.00 | 0.00 |
| 02/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 02/06/2017 | MNT | Pymt. Batch 643 Check ACH-AE | | -35.00 | 0.00 |
| 03/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 03/06/2017 | MNT | Pymt. Batch 324 Check ACH-AE | | -35.00 | 0.00 |
| 04/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 04/06/2017 | MNT | Pymt. Batch 186 Check ACH-AE | | -35.00 | 0.00 |
| 05/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 05/06/2017 | MNT | Pymt. Batch 050 Check ACH-AE | | -35.00 | 0.00 |
| 06/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 06/06/2017 | MNT | Pymt. Batch 913 Check ACH-AE | | -35.00 | 0.00 |
| 07/01/2017 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 07/06/2017 | MNT | Pymt. Batch 816 Check ACH-AE | | -35.00 | 0.00 |
| 07/12/2017 | NSF | NSF Fee | | 20.00 | 20.00 |
| 07/12/2017 | MNT | Nsf. Batch 816 Check ACH-AE | | 35.00 | 55.00 |
| 07/31/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 70.00 |
| 08/01/2017 | MNT | Maintenance Fee | | 35.00 | 105.00 |

**OCCUPANT LEDGER**

Unit Reference Number : 2750-5141         Occupant Name/Type : Eves, Adrian A. / CURRENT

**Chronological History**

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/06/2017 | MNT | Pymt. Batch 656 Check ACH-AE | | -35.00 | 70.00 |
| 09/01/2017 | MNT | Maintenance Fee | | 35.00 | 105.00 |
| 09/06/2017 | MNT | Pymt. Batch 402 Check ACH-AE | | -35.00 | 70.00 |
| 09/30/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 85.00 |
| 10/01/2017 | MNT | Maintenance Fee | | 35.00 | 120.00 |
| 10/06/2017 | MNT | Pymt. Batch 362 Check ACH-AE | | -35.00 | 85.00 |
| 11/01/2017 | MNT | Maintenance Fee | | 35.00 | 120.00 |
| 11/06/2017 | MNT | Pymt. Batch 245 Check ACH-AE | | -35.00 | 85.00 |
| 11/30/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 100.00 |
| 12/01/2017 | MNT | Maintenance Fee | | 35.00 | 135.00 |
| 12/06/2017 | MNT | Pymt. Batch 076 Check ACH-AE | | -35.00 | 100.00 |
| 01/01/2018 | MNT | Maintenance Fee | | 35.00 | 135.00 |
| 01/06/2018 | MNT | Pymt. Batch 784 Check ACH-AE | | -35.00 | 100.00 |
| 02/01/2018 | MNT | Maintenance Fee | | 35.00 | 135.00 |
| 02/06/2018 | MNT | Pymt. Batch 926 Check ACH-AE | | -35.00 | 100.00 |
| 03/01/2018 | MNT | Maintenance Fee | | 35.00 | 135.00 |
| 03/31/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 150.00 |
| 04/01/2018 | MNT | Maintenance Fee | | 35.00 | 185.00 |
| 05/01/2018 | MNT | Maintenance Fee | | 35.00 | 220.00 |
| 05/21/2018 | COB | Remove Late Fees | | -15.00 | 205.00 |
| 05/21/2018 | COB | Remove Late Fees | | -15.00 | 190.00 |
| 05/21/2018 | COB | Remove Late Fees | | -15.00 | 175.00 |
| 05/21/2018 | COB | Remove Late Fees | | -15.00 | 160.00 |
| 05/21/2018 | MNT | Pymt. Batch 322 Check ACH-AE | | -160.00 | 0.00 |
| 06/01/2018 | MNT | Maintenance Fee | | 35.00 | 35.00 |
| 07/01/2018 | MNT | Maintenance Fee | | 35.00 | 70.00 |
| 08/01/2018 | MNT | Maintenance Fee | | 35.00 | 105.00 |
| 09/01/2018 | MNT | Maintenance Fee | | 35.00 | 140.00 |
| 09/17/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 155.00 |
| 10/01/2018 | MNT | Maintenance Fee | | 35.00 | 190.00 |
| 10/31/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 205.00 |
| 11/01/2018 | MNT | Maintenance Fee | | 35.00 | 240.00 |
| 11/30/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 255.00 |
| 12/01/2018 | MNT | Maintenance Fee | | 35.00 | 290.00 |
| 01/01/2019 | MNT | Maintenance Fee | | 35.00 | 325.00 |
| 02/01/2019 | MNT | Maintenance Fee | | 35.00 | 360.00 |
| 02/05/2019 | LGL | Legal Fee thru 1/31/19 | | 37.00 | 397.00 |
| 02/28/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 412.00 |
| 03/01/2019 | MNT | Maintenance Fee | | 35.00 | 447.00 |
| 03/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 462.00 |
| 04/01/2019 | MNT | Maintenance Fee | | 35.00 | 497.00 |
| 04/30/2019 | MNT | Pymt. Batch 920 Check 1115135 | | -57.38 | 439.62 |
| 04/30/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 454.62 |
| 05/01/2019 | MNT | Maintenance Fee | | 35.00 | 489.62 |
| 05/28/2019 | MNT | Pymt. Batch 709 Check 1118530 | | -28.57 | 461.05 |
| 05/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 476.05 |
| 06/01/2019 | MNT | Maintenance Fee | | 35.00 | 511.05 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 496.05 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 481.05 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 466.05 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 451.05 |
| 07/01/2019 | MNT | Maintenance Fee | | 35.00 | 486.05 |
| 07/05/2019 | COB | Pymt. Batch 755 Check 1121896 | | -58.16 | 427.89 |
| 07/30/2019 | COB | Pymt. Batch 462 Check 1125341 | | -43.28 | 384.61 |

## OCCUPANT LEDGER

Unit Reference Number : 2750-5141　　　　　　　　　　　　Occupant Name/Type : Eves, Adrian A. / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/01/2019 | MNT | Maintenance Fee | | 35.00 | 419.61 |
| 08/28/2019 | MNT | Pymt. Batch 201 Check 1128753 | | -34.77 | 384.84 |
| 09/01/2019 | MNT | Maintenance Fee | | 35.00 | 419.84 |
| 10/01/2019 | MNT | Maintenance Fee | | 35.00 | 454.84 |
| 10/28/2019 | MNT | Pymt. Batch 599 Check 1135434 | | -30.53 | 424.31 |
| 11/01/2019 | MNT | Maintenance Fee | | 35.00 | 459.31 |
| 11/26/2019 | COB | Pymt. Batch 312 Check 1138893 | | -30.14 | 429.17 |
| 12/01/2019 | MNT | Maintenance Fee | | 35.00 | 464.17 |
| 12/26/2019 | MNT | Pymt. Batch 974 Check 1142325 | | -29.91 | 434.26 |
| 01/01/2020 | MNT | Maintenance Fee | | 35.00 | 469.26 |
| 01/29/2020 | MNT | Pymt. Batch 834 Check 1145736 | | -29.83 | 439.43 |
| 02/01/2020 | MNT | Maintenance Fee | | 35.00 | 474.43 |
| 02/26/2020 | LGL | Pymt. Batch 671 Check 1149222 | | -29.74 | 444.69 |
| 03/01/2020 | MNT | Maintenance Fee | | 35.00 | 479.69 |
| 03/24/2020 | LGL | Pymt. Batch 365 Check 1152769 | | -29.70 | 449.99 |
| 04/01/2020 | MNT | Maintenance Fee | | 35.00 | 484.99 |
| 05/01/2020 | MNT | Maintenance Fee | | 35.00 | 519.99 |
| 05/29/2020 | MNT | Pymt. Batch 818 Check 1159611 | | -28.03 | 491.96 |
| 06/01/2020 | MNT | Maintenance Fee | | 35.00 | 526.96 |
| 07/01/2020 | MNT | Maintenance Fee | | 35.00 | 561.96 |
| 08/01/2020 | MNT | Maintenance Fee | | 35.00 | 596.96 |
| 08/26/2020 | MNT | Pymt. Batch 690 Check 1169233 | | -29.67 | 567.29 |
| 09/01/2020 | MNT | Maintenance Fee | | 35.00 | 602.29 |
| 09/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 617.29 |
| 10/01/2020 | MNT | Maintenance Fee | | 35.00 | 652.29 |
| 10/28/2020 | MNT | Pymt. Batch 080 Check 1175392 | | -30.08 | 622.21 |
| 10/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 637.21 |
| 11/01/2020 | MNT | Maintenance Fee | | 35.00 | 672.21 |
| 11/27/2020 | MNT | Pymt. Batch 745 Check 1178490 | | -22.90 | 649.31 |
| 11/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 664.31 |
| 12/01/2020 | MNT | Maintenance Fee | | 35.00 | 699.31 |
| 01/01/2021 | MNT | Maintenance Fee | | 35.00 | 734.31 |
| 02/01/2021 | MNT | Maintenance Fee | | 35.00 | 769.31 |
| 02/23/2021 | MNT | Pymt. Batch 751 Check 1187482 | | -55.24 | 714.07 |
| 03/01/2021 | MNT | Maintenance Fee | | 35.00 | 749.07 |
| 04/01/2021 | MNT | Maintenance Fee | | 35.00 | 784.07 |
| 05/01/2021 | MNT | Maintenance Fee | | 35.00 | 819.07 |
| 06/01/2021 | MNT | Maintenance Fee | | 35.00 | 854.07 |
| 07/01/2021 | MNT | Maintenance Fee | | 35.00 | 889.07 |
| 07/09/2021 | LGL | Legal Fee thru 6/30/21 | | 55.50 | 944.57 |
| 07/27/2021 | MNT | Pymt. Batch 217 Check 1203226 | | -25.71 | 918.86 |
| 08/01/2021 | MNT | Maintenance Fee | | 35.00 | 953.86 |

There are no comments for this occupant.