Case 19-20040-CMB    Doc 66    Filed 08/05/21    Entered 08/05/21 11:44:07    Desc Main
Document    Page 1 of 5

# OCCUPANT LEDGER

| | | |
|---|---|---|
| Unit Reference Number : | 2760-5141 | |
| Property Name : | Cobblestone Manor Townhome | |
| Name | Eves, Adrian A. | |
| Name | | |
| Address : | 141 Kensington Drive | |
| City, State, Zip | Pittsburgh, PA  15237 | |
| Email Address : | adrianvw@hotmail.com | |

| | |
|---|---|
| Occupant Name/Type : | Eves, Adrian A. / CURRENT |
| Tenant Id : | 13090028109 |
| Work Number : | |
| Work Number | |
| Cell Number : | |
| Bldg: | |
| Floor: 0 | |
| Home Number : | (412) 398-7777 |
| Home Number : | |
| Fax Number : | |
| Unit Number : | 5141 |

### Forwarding Address

Name
Address1       :
Address2       :
City, State, Zip

Correspondence Email
Billing Email

| | | |
|---|---|---|
| Open Items | | 3,624.50 |
| Open Credits | : | 0.00 |
| Current Balance | : | 3,624.50 |
| Security Deposit | : | 0.00 |
| Key Deposit | | 0.00 |
| Pet Deposit | | 0.00 |
| Parking Deposit | | 0.00 |
| Other Deposit | | 0.00 |
| Unit Square Feet | : | 0 |

Children
Pets
Automobiles       :

Number of Occupants       0

Lease Expiration Date
Move In Date
Lease Effective Date
Previous Escalation Date

| | | |
|---|---|---|
| ACH, CPN ,CAB ,OL,CC | : | OL |
| Storage Locker No. | : | |
| DD Start Date | : | |
| Rental Mgmt Co. | : | |
| Coupon Start Date | : | |
| Account Status | | OK |

**BILL TO**

Adrian A. Eves
141 Kensington Drive
Pittsburgh, PA 15237

| | | |
|---|---|---|
| Garage No. | : | |
| Protection Start | : | |
| Tenant Name | : | |
| Tenant Name | : | |
| Tenant Phone Number | : | |
| Number of NSF Checks | | 1 |
| Date of Last NSF Check | | 7/12/2017 |
| Amount of Last NSF Check | | 79.00 |

Renew Effective Date
Renew Expiration Date
Month To Month       n

Notice Given Date
Intended Move-Out Date
Keys Returned Date

## OCCUPANT LEDGER

Unit Reference Number : 2760-5141                    Occupant Name/Type : Eves, Adrian A. / CURRENT

### CHARGE SCHEDULE

| Charge Code | Charge Description | Charge Frequency | Start Date | Stop Date | Charge Amount |
|---|---|---|---|---|---|
| MNT | Maintenance Fee | M | 7/1/2015 | 12/1/2015 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2016 | 12/1/2016 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2017 | 12/1/2017 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2018 | 12/1/2018 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2019 | 12/1/2019 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2020 | 12/1/2020 | 79.00 |
| MNT | Maintenance Fee | M | 1/1/2021 | 12/1/2021 | 79.00 |

## OCCUPANT LEDGER

Unit Reference Number : 2760-5141         Occupant Name/Type : Eves, Adrian A. / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 07/01/2015 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 07/06/2015 | MNT | Pymt. Batch 968 Check ACH-AE | | -79.00 | 0.00 |
| 07/23/2015 | MNT | Pymt. Batch 421 Check 7357 | | -79.00 | -79.00 |
| 08/01/2015 | MNT | Maintenance Fee | | 79.00 | 0.00 |
| 09/01/2015 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 09/06/2015 | MNT | Pymt. Batch 571 Check ACH-AE | | -79.00 | 0.00 |
| 10/01/2015 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 10/06/2015 | MNT | Pymt. Batch 356 Check ACH-AE | | -79.00 | 0.00 |
| 11/01/2015 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 11/06/2015 | MNT | Pymt. Batch 110 Check ACH-AE | | -79.00 | 0.00 |
| 12/01/2015 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 12/06/2015 | MNT | Pymt. Batch 802 Check ACH-AE | | -79.00 | 0.00 |
| 01/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 01/06/2016 | MNT | Pymt. Batch 442 Check ACH-AE | | -79.00 | 0.00 |
| 02/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 02/06/2016 | MNT | Pymt. Batch 274 Check ACH-AE | | -79.00 | 0.00 |
| 03/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 03/06/2016 | MNT | Pymt. Batch 964 Check ACH-AE | | -79.00 | 0.00 |
| 04/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 04/06/2016 | MNT | Pymt. Batch 768 Check ACH-AE | | -79.00 | 0.00 |
| 05/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 05/06/2016 | MNT | Pymt. Batch 526 Check ACH-AE | | -79.00 | 0.00 |
| 06/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 06/06/2016 | MNT | Pymt. Batch 273 Check ACH-AE | | -79.00 | 0.00 |
| 07/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 07/06/2016 | MNT | Pymt. Batch 963 Check ACH-AE | | -79.00 | 0.00 |
| 08/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 08/06/2016 | MNT | Pymt. Batch 871 Check ACH-AE | | -79.00 | 0.00 |
| 09/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 09/06/2016 | MNT | Pymt. Batch 490 Check ACH-AE | | -79.00 | 0.00 |
| 10/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 10/06/2016 | MNT | Pymt. Batch 243 Check ACH-AE | | -79.00 | 0.00 |
| 11/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 11/06/2016 | MNT | Pymt. Batch 989 Check ACH-AE | | -79.00 | 0.00 |
| 12/01/2016 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 12/06/2016 | MNT | Pymt. Batch 764 Check ACH-AE | | -79.00 | 0.00 |
| 01/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 01/06/2017 | MNT | Pymt. Batch 625 Check ACH-AE | | -79.00 | 0.00 |
| 02/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 02/06/2017 | MNT | Pymt. Batch 643 Check ACH-AE | | -79.00 | 0.00 |
| 03/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 03/06/2017 | MNT | Pymt. Batch 324 Check ACH-AE | | -79.00 | 0.00 |
| 04/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 04/06/2017 | MNT | Pymt. Batch 186 Check ACH-AE | | -79.00 | 0.00 |
| 05/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 05/06/2017 | MNT | Pymt. Batch 050 Check ACH-AE | | -79.00 | 0.00 |
| 06/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 06/06/2017 | MNT | Pymt. Batch 913 Check ACH-AE | | -79.00 | 0.00 |
| 07/01/2017 | MNT | Maintenance Fee | | 79.00 | 79.00 |
| 07/06/2017 | MNT | Pymt. Batch 816 Check ACH-AE | | -79.00 | 0.00 |
| 07/12/2017 | NSF | NSF Fee | | 20.00 | 20.00 |
| 07/12/2017 | MNT | Nsf. Batch 816 Check ACH-AE | | 79.00 | 99.00 |
| 07/31/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 114.00 |
| 08/01/2017 | MNT | Maintenance Fee | | 79.00 | 193.00 |

## OCCUPANT LEDGER

Unit Reference Number : 2760-5141                          Occupant Name/Type : Eves, Adrian A. / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/06/2017 | MNT | Pymt. Batch 656 Check ACH-AE | | -79.00 | 114.00 |
| 09/01/2017 | MNT | Maintenance Fee | | 79.00 | 193.00 |
| 09/06/2017 | MNT | Pymt. Batch 393 Check ACH-AE | | -79.00 | 114.00 |
| 09/30/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 129.00 |
| 10/01/2017 | MNT | Maintenance Fee | | 79.00 | 208.00 |
| 10/06/2017 | MNT | Pymt. Batch 356 Check ACH-AE | | -79.00 | 129.00 |
| 10/12/2017 | MNT | Rea. Batch 728 Chrg. MNT | | 79.00 | 208.00 |
| 10/12/2017 | MNT | Rea. Batch 728 Chrg. MNT | | -79.00 | 129.00 |
| 11/01/2017 | MNT | Maintenance Fee | | 79.00 | 208.00 |
| 11/06/2017 | MNT | Pymt. Batch 243 Check ACH-AE | | -79.00 | 129.00 |
| 11/30/2017 | COB | Cobblestone Master Late Fee | | 15.00 | 144.00 |
| 12/01/2017 | MNT | Maintenance Fee | | 79.00 | 223.00 |
| 12/06/2017 | MNT | Pymt. Batch 074 Check ACH-AE | | -79.00 | 144.00 |
| 12/12/2017 | MNT | Rea. Batch 243 Check ACH-AE | | 79.00 | 223.00 |
| 12/12/2017 | MNT | Rea. Batch 243 Check ACH-AE | | -79.00 | 144.00 |
| 01/01/2018 | MNT | Maintenance Fee | | 79.00 | 223.00 |
| 01/06/2018 | MNT | Pymt. Batch 782 Check ACH-AE | | -79.00 | 144.00 |
| 02/01/2018 | MNT | Maintenance Fee | | 79.00 | 223.00 |
| 02/06/2018 | MNT | Pymt. Batch 910 Check ACH-AE | | -79.00 | 144.00 |
| 03/01/2018 | MNT | Maintenance Fee | | 79.00 | 223.00 |
| 03/31/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 238.00 |
| 04/01/2018 | MNT | Maintenance Fee | | 79.00 | 317.00 |
| 04/17/2018 | MNT | Rea. Batch 782 Check ACH-AE | | 79.00 | 396.00 |
| 04/17/2018 | MNT | Rea. Batch 782 Check ACH-AE | | -79.00 | 317.00 |
| 05/01/2018 | MNT | Maintenance Fee | | 79.00 | 396.00 |
| 05/31/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 411.00 |
| 06/01/2018 | MNT | Maintenance Fee | | 79.00 | 490.00 |
| 07/01/2018 | MNT | Maintenance Fee | | 79.00 | 569.00 |
| 08/01/2018 | MNT | Maintenance Fee | | 79.00 | 648.00 |
| 08/01/2018 | MNT | Pymt. Batch 383 Check ACH-AE | | -250.00 | 398.00 |
| 09/01/2018 | MNT | Maintenance Fee | | 79.00 | 477.00 |
| 09/17/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 492.00 |
| 10/01/2018 | MNT | Maintenance Fee | | 79.00 | 571.00 |
| 10/31/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 586.00 |
| 11/01/2018 | MNT | Maintenance Fee | | 79.00 | 665.00 |
| 11/12/2018 | COB | Rea. Batch 383 Check ACH-AE | | -15.00 | 650.00 |
| 11/12/2018 | COB | Rea. Batch 383 Check ACH-AE | | -15.00 | 635.00 |
| 11/12/2018 | COB | Rea. Batch 383 Check ACH-AE | | -15.00 | 620.00 |
| 11/12/2018 | COB | Rea. Batch 383 Check ACH-AE | | -15.00 | 605.00 |
| 11/12/2018 | MNT | Rea. Batch 383 Check ACH-AE | | 72.00 | 677.00 |
| 11/12/2018 | MNT | Rea. Batch 383 Check ACH-AE | | -12.00 | 665.00 |
| 11/30/2018 | COB | Cobblestone Master Late Fee | | 15.00 | 680.00 |
| 12/01/2018 | MNT | Maintenance Fee | | 79.00 | 759.00 |
| 01/01/2019 | MNT | Maintenance Fee | | 79.00 | 838.00 |
| 02/01/2019 | MNT | Maintenance Fee | | 79.00 | 917.00 |
| 02/05/2019 | LGL | Legal Fee thru 1/31/19 | | 37.00 | 954.00 |
| 02/28/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 969.00 |
| 03/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,048.00 |
| 03/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,063.00 |
| 04/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,142.00 |
| 04/30/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,157.00 |
| 05/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,236.00 |
| 05/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,251.00 |
| 06/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,330.00 |

## OCCUPANT LEDGER

Unit Reference Number : 2760-5141          Occupant Name/Type :  Eves, Adrian A. / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Invoice Number | Amount | Balance |
|---|---|---|---|---|---|
| 06/13/2019 | COB | Remove Late Fee Error | | -15.00 | 1,315.00 |
| 06/13/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,330.00 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 1,315.00 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 1,300.00 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 1,285.00 |
| 06/26/2019 | COB | Remove Late Fee | | -15.00 | 1,270.00 |
| 07/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,349.00 |
| 07/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,364.00 |
| 08/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,443.00 |
| 08/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,458.00 |
| 09/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,537.00 |
| 09/30/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,552.00 |
| 10/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,631.00 |
| 10/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,646.00 |
| 11/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,725.00 |
| 11/30/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,740.00 |
| 12/01/2019 | MNT | Maintenance Fee | | 79.00 | 1,819.00 |
| 12/31/2019 | COB | Cobblestone Master Late Fee | | 15.00 | 1,834.00 |
| 01/01/2020 | MNT | Maintenance Fee | | 79.00 | 1,913.00 |
| 01/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 1,928.00 |
| 02/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,007.00 |
| 02/12/2020 | MNT | Pymt. Batch 280 Check ACH-AE | | -700.00 | 1,307.00 |
| 02/15/2020 | NSF | NSF Fee | | 20.00 | 1,327.00 |
| 02/15/2020 | MNT | NSF 2/12/20 ACH - ACCT CLOSED | | 700.00 | 2,027.00 |
| 03/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,106.00 |
| 03/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,121.00 |
| 04/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,200.00 |
| 04/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,215.00 |
| 05/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,294.00 |
| 05/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,309.00 |
| 06/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,388.00 |
| 06/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,403.00 |
| 07/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,482.00 |
| 08/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,561.00 |
| 08/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,576.00 |
| 09/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,655.00 |
| 09/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,670.00 |
| 10/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,749.00 |
| 10/31/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,764.00 |
| 11/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,843.00 |
| 11/30/2020 | COB | Cobblestone Master Late Fee | | 15.00 | 2,858.00 |
| 12/01/2020 | MNT | Maintenance Fee | | 79.00 | 2,937.00 |
| 01/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,016.00 |
| 02/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,095.00 |
| 02/08/2021 | LGL | Legal Fee thru 1/31/21 | | 55.50 | 3,150.50 |
| 03/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,229.50 |
| 04/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,308.50 |
| 05/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,387.50 |
| 06/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,466.50 |
| 07/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,545.50 |
| 08/01/2021 | MNT | Maintenance Fee | | 79.00 | 3,624.50 |

There are no comments for this occupant.