# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** ADRIAN A. EVES
**Case Number:** 19-20040-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 19, 2021 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#50 Trustee's Certificate of Default Requesting Dismissal of Case
#53 Debtor's Response
R / M #: 50 / 0

### Appearances:

Debtor: Wright
Trustee: Winnecour / Warmbrodt / Katz / **DeSimone**
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
8/20/21 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

8/10/2021    1:30:56PM