UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ADRIAN A. EVES | Case No. 19-20040CMB<br>Chapter 13 |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee<br>Movant | Related to Document No._____ |
| vs. | |
| ADRIAN A. EVES | |
| Respondent(s) | |

### ORDER

AND NOW, this ___20th___ day of ____August_____, 20__21__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to
the filing fee for the appropriate chapter (less administrative fee), together with the
unpaid $_____ portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been
filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor
collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are
directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect.
Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☑    This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan
payment amount is changed to $ _2706_ effective___9-21_____ .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the
Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with /
____ without prejudice, without further notice or hearing.

☐    Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : _____8/20/2021_____

*Carlota M. Böhm*
United States Bankruptcy Judge                dmk

FILED
8/20/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 19-20040-CMB

Adrian A. Eves                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Adrian A. Eves, 141 Kensington Drive, Pittsburgh, PA 15237-1292 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | |
| | on behalf of Creditor Lakeview Loan Servicing LLC cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lisa M. Burkhart | |
| | on behalf of Creditor Cobblestone Manor Master Association lburkhart@bmr-law.com  fjug@bmr-law.com |
| Lisa M. Burkhart | |
| | on behalf of Creditor Cobblestone Manor Townhome Association lburkhart@bmr-law.com  fjug@bmr-law.com |
| Maria Miksich | |
| | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | |
| | on behalf of Creditor Lakeview Loan Servicing by its servicing agent for M&T Bank kcollins@schillerknapp.com |

District/off: 0315-2                          User: lfin                                    Page 2 of 2
Date Rcvd: Aug 20, 2021                       Form ID: pdf900                         Total Noticed: 1

                                     lgadomski@schillerknapp.com

Office of the United States Trustee
                                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                     cmecf@chapter13trusteewdpa.com

S. James Wallace
                                     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
                                     on behalf of Debtor Adrian A. Eves shawn@shawnwrightlaw.com
                                     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10