UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bk. No.: 19-20040 |
| Adrian A. Eves, | ) | Chapter 13 |
| Debtor | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Movant | ) | |
| Vs. | ) | |
| Adrian A. Eves, | ) | |
| Respondent | ) | |

**RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CHAPTER 13 CASE**

AND NOW COMES Adrian A. Eves, to respond to the Trustee's Certificate of Default, as follows:

1)   The failure to make regular plan payments was due to fluctuations in my income, however my income has now stabilized and I am also planning on selling my house in the near future;

2)   My current mailing address is 141 Kensington Drive Pittsburgh, PA 15237;

3)   I will soon be mailing in a plan payment to the Chapter 13 Trustee.

s/Adrian A. Eves

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bk. No.: 19-24573 |
| Adrian A. Eves, | ) | Chapter 13 |
| Debtor | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Movant | ) | |
| Vs. | ) | |
| Adrian A. Eves, | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE OF RESPONSE TO CERTIFICATE OF DEFAULT

I, the undersigned, certify that I served or caused to be served, on May 3, 2022 a copy of the Response upon each of the following persons and parties in interest at the addresses shown below:

Office of United States Trustee
Office of the Chapter 13 Trustee
**(both served electronically)**

                                                Attorney for Debtor

                                                /s/Shawn N. Wright
                                                Shawn N. Wright, Esquire
                                                7240 McKnight Road
                                                Pittsburgh, PA 15237
                                                (412) 920-6565
                                                Pa. I.D. No. 64103
                                                shawn@shawnwrightlaw.com