Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Adrian A. Eves** | : | Case No. 19−20040−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 3rd of May, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20040-CMB |
| Adrian A. Eves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 03, 2022 | Form ID: 309 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrian A. Eves, 141 Kensington Drive, Pittsburgh, PA 15237-1292 |
| cr | + | Cobblestone Manor Master Association, c/o 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| cr | + | Cobblestone Manor Townhome Association, c/o 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| cr | + | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14973386 | + | Allied Interstate, 3000 Corporate Exchange Drive, 5th Floor, Columbus, OH 43231-7689 |
| 14973388 | + | Cobblestone Manor Master, 290 Perry Highway, Pittsburgh, PA 15229-1864 |
| 14973393 | + | JNR Adjustment, PO Box 948197, Maitland, FL 32794-8197 |
| 15080817 | + | LAKEVIEW LOAN SERVICING LLC, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15010971 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 04 2022 03:38:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | May 03 2022 23:35:05 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 03 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14973385 | + | Email/Text: bncnotifications@pheaa.org | May 03 2022 23:38:00 | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14973387 | | EDI: BMW.COM | May 04 2022 03:38:00 | BMW Bank of North America, Regional Service Center, PO Box 3608, Dublin, OH 43016-0306 |
| 14981204 | | EDI: BMW.COM | May 04 2022 03:38:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14994485 | | Email/PDF: bncnotices@becket-lee.com | May 03 2022 23:39:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14973389 | + | EDI: WFNNB.COM | May 04 2022 03:38:00 | Comenity Bank/Victorias Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14973390 | + | EDI: CCS.COM | May 04 2022 03:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14973391 | | EDI: DISCOVER.COM | May 04 2022 03:38:00 | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14978193 | | EDI: DISCOVER.COM | May 04 2022 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14973392 | + | EDI: DCI.COM | May 04 2022 03:38:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 309 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15006097 | + | Email/Text: kburkley@bernsteinlaw.com | May 03 2022 23:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15150965 | | Email/Text: ECMCBKNotices@ecmc.org | May 03 2022 23:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14973394 | | Email/Text: PBNCNotifications@peritusservices.com | May 03 2022 23:37:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15080817 | ^ | MEBN | May 03 2022 23:35:04 | LAKEVIEW LOAN SERVICING LLC, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14973395 | + | Email/Text: camanagement@mtb.com | May 03 2022 23:38:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |
| 14973396 | + | Email/Text: bnc@nordstrom.com | May 03 2022 23:38:36 | Nordstrom Bank, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14989399 | + | Email/Text: bncnotifications@pheaa.org | May 03 2022 23:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14973397 | | Email/Text: Bankruptcy.Notices@pnc.com | May 03 2022 23:38:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14974146 | + | EDI: RECOVERYCORP.COM | May 04 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15006899 | | EDI: Q3G.COM | May 04 2022 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14973398 | + | EDI: PINNACLE.COM | May 04 2022 03:38:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14973399 | + | EDI: RMSC.COM | May 04 2022 03:38:00 | Syncb/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15012587 | + | EDI: RMSC.COM | May 04 2022 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing by its servicing agent for |
| cr | | Lakeview Loan Servicing, LLC c/o M& T Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15012042 | *+ | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing LLC cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lisa M. Burkhart | on behalf of Creditor Cobblestone Manor Townhome Association lburkhart@bmr-law.com fjug@bmr-law.com |
| Lisa M. Burkhart | on behalf of Creditor Cobblestone Manor Master Association lburkhart@bmr-law.com fjug@bmr-law.com |
| Martin A. Mooney | on behalf of Creditor Lakeview Loan Servicing by its servicing agent for M&T Bank Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Adrian A. Eves shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 10