**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ADRIAN A. EVES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20040<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2019 and confirmed on 02/21/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 52,901.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,901.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,221.86 | |
| Trustee Fee | 2,446.03 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,667.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 1908 | 0.00 | 36,873.92 | 0.00 | 36,873.92 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 1908 | 20,000.00 | 0.00 | 0.00 | 0.00 |
| COBBLESTONE MANOR MASTER<br>Acct: | 1,050.00 | 665.94 | 0.00 | 665.94 |
| | | | | 37,539.86 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADRIAN A. EVES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 3,450.00 | 3,221.86 | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES NA LLC(*)<br>Acct: 1318 | 13,216.75 | 9,693.25 | 0.00 | 9,693.25 |
| | | | | 9,693.25 |

| 19-20040 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    DUQUESNE LIGHT COMPANY* | 37.70 | 0.00 | 0.00 | 0.00 |
|      Acct: 1660 | | | | |
|    ECMC(*) | 37,121.21 | 0.00 | 0.00 | 0.00 |
|      Acct: 7601 | | | | |
|    ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    QUANTUM3 GROUP LLC AGNT - COMENIT | 1,448.91 | 0.00 | 0.00 | 0.00 |
|      Acct: 8361 | | | | |
|    CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DISCOVER BANK(*) | 5,704.17 | 0.00 | 0.00 | 0.00 |
|      Acct: 1303 | | | | |
|    DISCOVER BANK(*) | 11,386.10 | 0.00 | 0.00 | 0.00 |
|      Acct: 4461 | | | | |
|    DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JNR ADJUSTMENT CO INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CAPITAL ONE NA** | 1,438.23 | 0.00 | 0.00 | 0.00 |
|      Acct: 8818 | | | | |
|    NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PNC BANK NA | 14,440.52 | 0.00 | 0.00 | 0.00 |
|      Acct: 4587 | | | | |
|    PNC BANK NA | 9,117.44 | 0.00 | 0.00 | 0.00 |
|      Acct: 9984 | | | | |
|    PNC BANK NA | 8,466.04 | 0.00 | 0.00 | 0.00 |
|      Acct: 8492 | | | | |
|    RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1199 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1199 | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARTIN A MOONEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 47,233.11 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 13,216.75 |
| SECURED | 21,050.00 |
| UNSECURED | 89.160.32 |

Date: 06/01/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com